371 A.2d 1301

Commonwealth v. Spriggs, Appellant.

Argued November 8, 1976. Edward S. Finkelstein, submitted a brief for appellant;

**618**

Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.